UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEE WILSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FOX 5 NEWS, et al.,<br><br>　　　　　Defendants. | Case No. 2:25-cv-00147-JAD-EJY<br><br>**REPORT AND RECOMMENDATION** |

　　　　This action commenced when *pro se* Plaintiff submitted a Complaint on January 23, 2025, but did not file an application to proceed *in forma pauperis* ("IFP") or pay the filing fee necessary to commence a civil action. ECF No. 1-1. The Court issued an Order on January 27, 2025 providing Plaintiff through and including February 28, 2025 to either pay the $405 filing fee or file a complete IFP application containing all three required documents and a signed amended complaint. ECF No. 3. The Court explained that if Plaintiff failed to comply with the Order it would recommend dismissal of this action without prejudice. *Id.* at 2. As of the date of this Recommendation, Plaintiff has not complied with the Court's Order; nor has he otherwise communicated with the Court.

　　　　Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's Order.

　　　　DATED this 3rd day of March, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**NOTICE**

　　　　Under Local Rule IB 3-2, any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court holds the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). The Ninth Circuit also held

1  that (1) failure to file objections within the specified time and (2) failure to properly address and
2  brief the objectionable issues waives the right to appeal the District Court's order and/or appeal
3  factual issues from the order of the District Court. *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir.
4  1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).