UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEE WILSON,<br><br>  Plaintiff,<br><br>  v.<br><br>FOX 5 NEWS, et al.,<br><br>  Defendants. | Case No. 2:25-cv-00147-JAD-EJY<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>ECF No. 4 |

On 3/3/25, the magistrate judge entered this report and recommendation:

    This action commenced when *pro se* Plaintiff submitted a Complaint on January 23, 2025, but did not file an application to proceed *in forma pauperis* ("IFP") or pay the filing fee necessary to commence a civil action. ECF No. 1-1. The Court issued an Order on January 27, 2025 providing Plaintiff through and including February 28, 2025 to either pay the $405 filing fee or file a complete IFP application containing all three required documents and a signed amended complaint. ECF No. 3. The Court explained that if Plaintiff failed to comply with the Order it would recommend dismissal of this action without prejudice. *Id.* at 2. As of the date of this Recommendation, Plaintiff has not complied with the Court's Order; nor has he otherwise communicated with the Court.

    Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's Order.

    DATED this 3rd day of March, 2025.

                                                  ELAYNA J. YOUCHAH
                                                  UNITED STATES MAGISTRATE JUDGE

Order Adopting Report and Recommendation

    The deadline for any party to object to this recommendation was 3/17/25, and no party filed anything or asked to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *United States v. Reyna-Tapia*,

328 F.3d 1114, 1121 (9th Cir. 2003).  Having reviewed the report and recommendation, I find good cause to adopt it, and I do.  IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 4] is ADOPTED in its entirety.  This case is DISMISSED, and the Clerk of Court is directed to CLOSE THIS CASE.**

                                                 _____

U.S. District Judge Jennifer A. Dorsey
Dated: March 19, 2025